## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TREMAINE K. WATKINS, *on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL FIDELITY, LP, and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:15-cv-08503-JMV-MF<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendant has not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
Yongmoon Kim

DATED: January 11, 2017

SO ORDERED:

John Michael Vasquez, U.S.D.J.

DATED: 1/12/17